IN RE:

MICHAEL J. THOMPSON

        Debtor

FILED

2010 AUG -6  PM 3: 08

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CASE NO. 09-52846-S

CHAPTER 7

REPORT OF DIVIDEND
UNDER FIVE DOLLARS

Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $4.02 was issued on July 26, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

Amt. of Dividend

| Claim #3 | K.C. Ravishankar, M.D.<br>Southwest Neurology<br>7215 Old Oak Blvd A411<br>Cleveland, OH  44130-3334 | $  4.02 |
| TOTAL: | | $  4.02 |

———————————————————————
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

July 26, 2010

ck # 108

receipt # 81674